# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. FARRELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No.: 18cv792-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 41) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. All pending dates are **VACATED**.

**IT IS SO ORDERED**.

Dated: March 5, 2020

_Larry A. Burns_
Honorable Larry Alan Burns
Chief United States District Judge